**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ _____Seventh Amended Plan-LMM_____ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Philip R. Riberto          JOINT DEBTOR: _____  CASE NO.: 13-32793-BKC-PGH
Last Four Digits of SS# 8729      Last Four Digits of SS# _____

**THE DEBTOR FILED THE MOTION TO REFER TO LMM AND THE PLAN-LMM SIMULANTEOUSLY. THE ATTORNEY WAS ONLY PERMITTED TO CHARGE AN LMM FEE OF $900 AT THE TIME OF FILING. RATHER THAN STEP THE PLAN, THE ATTORNEY SPREAD THE ATTORNEY'S FEES AND LMM FEES OUT 40 MONTHS. THIS PLAN WAS FILED AFTER THE TPP WAS AGREED UPON. ONE MODIFICATION WILL BE NECESSARY WHEN THE PMM IS REACHED.**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 2,262.30 for months 1 to 3 ;
    B.   $2,258.80 for months 4 to 11 ;
    C.   $2,497.04 for months 12 to 60 ; in order to pay the following creditors:
                                                 $3,500.00 (fee), $150.00 (cost)
                                                 $775.00 (Strip Heloc Lien)
                                                 $525.00 (Motion to Value Property)
                                                 $775.00 (Strip HOA Lien)

<u>Administrative</u>: Attorney's Fee - $5,725.00 ($3,500.00 and $150.00 costs and $2,075.00 Other Safe Harbor Fees)
                LMM Fee: $1,865.00 ($1,800.00 and $65.00 costs) TOTAL Fee: $7,590.00
                TOTAL PAID $2,000.00
                Balance Due $5,590.00 payable $508.18/month (months 1 to 11)

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America, NA                       Arrearage on Petition Date $_____
Address: 225 E. Robinson Street, Ste 660    Arrears Payment $_____
     Orlando, FL 32801                       LMM Payment  $1,200.00 (months 1 to 60)
Account No.: x0770

2. Loggers' Run, Inc.                       Arrearage on Petition Date $ 14,335.87
Address: PO Box 559009                      Arrears Payment  $ 238.93 (months 1 to 60)
     Fort Lauderdale, FL 33355-9009          Regular Payment $89.53  (months 1 to 3)
Account No.: x3405                          Regular Payment $86.34  (months 4 to 60)

**\*\*\*LMM IS EXTENDED ONE MONTH BEYOND THE MEDIATION CONFERENCE SO THAT THE ORDER GRANTING THE AGREE MOTION APPROVING THE LMM SETTLEMENT MAY BE ENTERED AND AN EARLY TPP PAYMENT MAY BE REQUESTED. TPP WILL BEGIN THE MONTH 11. \*\*\***

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Kia Motors Finance Acct. #2498 | 2011 Kia Soul 4 Door Wagon $11,615.42 | 5.25% | $10.00 $267.79 | 1 To 11 12 To 60 | $110.00 $13,121.80 $13,231.80 (Total) |
| Bank of America Home Loans (Acct. #7599) | Homestead Property $192,796.00 | 0% | $0 | ___ To ___ | $0 |
|  |  |  |  | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Department of Treasury         Total Due $ 16,006.91
    I.R.S.                        Payable $10.00 /month (Months 1 to 11) Regular Payment $_____
                              Payable $324.43 /month (Months 12 to 60) Regular Payment $_____

Page 1 of 2

LF-31 (rev. 01/08/10)

Unsecured Creditors:   Pay $ __0__ /month  (Months __1__ to __11__ ). $__152.55__ /month (Months __12__ to __60__) ( 1 0 0 % )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor to value and strip Heloc Lien Loan of Bank of America Home Loans, (Acct. #x7599), pursuant to court Order dated December 17, 2013 (DE #35) and 11 USC Section 506(a). Debtor to value and strip auto loan of KIA Motors Finance, pursuant to court Order dated December 18, 2013 (DE 36) and 11 U.S.C. Section 506(a). Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payment to unsecured creditors over and above provided for in confirmed plan up to one hundred percent (100%) of allowed unsecured claims.

The Debtor has filed a Verified Motion for Referral to LMM with   Bank of America, NA, ("Lender"), loan number X0770 for real property located at 20828 Sugarloaf, Boca Raton, Florida 33428. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the debtor's gross monthly income as a good faith adequate protection payment to the Lender. All Payment shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance to the regular payment and mortgage arrearage stated in the Proof o Claim only. The debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower of other third party (if applicable) and the Lender agree to a settlement as a result of pending LMM, the debtor will file a Motion to Approve Loss Mitigation Agreement with lender no later than 14 calendar days following the settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then all obligations to the lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor

Date: __6-11-2014__

_____
Joint Debtor

Date: _____

LF-31 (rev. 01/08/10)