# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☒ ___First Modified Plan-LMM___ (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Philip R. Riberto___    JOINT DEBTOR:_____    CASE NO.: __13-32793-BKC-PGH__

Last Four Digits of SS# __8729__    Last Four Digits of SS# _____

**THE DEBTOR FILED THE MOTION TO REFER TO LMM AND THE PLAN-LMM SIMULANTEOUSLY. THE ATTORNEY WAS ONLY PERMITTED TO CHARGE AN LMM FEE OF $900 AT THE TIME OF FILING. RATHER THAN STEP THE PLAN, THE ATTORNEY SPREAD THE ATTORNEY'S FEES AND LMM FEES OUT 40 MONTHS. THIS PLAN WAS FILED AFTER THE TPP WAS AGREED UPON. ONE MODIFICATION WILL BE NECESSARY WHEN THE PMM IS REACHED.**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.   In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $1,849.96    for months __1__ to __11__ ;

B.    $1,698.44    for months __12__ to __14__ ;

C.    $3,634.91    for months __15__ to __60__ ; in order to pay the following creditors:

$3,500.00 (fee), $150.00 (cost)
$775.00 (Strip Heloc Lien)
$525.00 (Motion to Value Property)
$775.00 (Strip HOA Lien)
$525.00 (First MP)
$525.00 (Motion to Approve TPP Modification)

Administrative: Attorney's Fee - $6,775.00 ($3,500.00 and $150.00 costs and $3,125.00 Other Safe Harbor Fees)

LMM Fee: $1,865.00 ($1,800.00 and $65.00 costs) TOTAL Fee: $8,640.00

TOTAL PAID $2,000.00

Balance Due $6,640.00 payable $434.70/month (months 1 to 11)

Payable $619.44/month (months 12 to 14)

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Bank of America, NA_____    Arrearage on Petition Date $_____
Address: __225 E. Robinson Street, Ste 660__    Arrears Payment $_____
    __Orlando, FL 32801_____    LMM Payment  $1,000.73 (months 1 to 11)__
Account No.: x0770    TPP Payment $0 (months 12 to 14)__
    TPP Payment $2,228.01 (months 15 to 60)

2. __Loggers' Run, Inc._____    Arrearage on Petition Date $ 14,335.87__
Address: __PO Box 559009_____    Arrears Payment  $ 214.40 (months 1 to 11)__
    __Fort Lauderdale, FL 33355-9009__    Arrears Payment $ 244.44  (months 12 to 60)__
Account No.: x3405    Regular Payment $90.43  (months 1 to 11)__
    Regular Payment $85.62  (months 12 to 60)

**\*\*\*LMM IS EXTENDED ONE MONTH BEYOND THE MEDIATION CONFERENCE SO THAT THE ORDER GRANTING THE AGREE MOTION APPROVING THE LMM SETTLEMENT MAY BE ENTERED AND AN EARLY TPP PAYMENT MAY BE REQUESTED. TPP WILL BEGIN THE MONTH 11. \*\*\***

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Kia Motors Finance Acct. #2498 | 2011 Kia Soul 4 Door Wagon $11,615.42 | 5.25% | $27.09 $263.95 | __1__ To __11__ __12__ To __60__ | $298.07 $12,933.78 $13,231.80 (Total) |
| Bank of America Home Loans (Acct. #7599) | Homestead Property $192,796.00 | 0% | $0 | ____ To ____ | $0 |
|  |  |  |  | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

LF-31 (rev. 01/08/10)

1.  Department of Treasury         Total Due  $ 16,006.91
       I.R.S.                      Payable  $27.10   /month  (Months  1  to   11 ) Regular Payment $_____
                                   Payable  $320.59  /month  (Months  12  to   60 ) Regular Payment $_____

Unsecured Creditors:    Pay $ 0 /month (Months  1 to   11 ). $10.00 /month (Months 12 to  14) $161.85(months 15 to 60) (100%)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor to value and strip Heloc Lien Loan of Bank of America Home
Loans, (Acct. #x7599), pursuant to court Order dated December 17, 2013 (DE #35) and 11 USC Section
506(a). Debtor to value and strip auto loan of KIA Motors Finance, pursuant to court Order dated December 18,
2013 (DE 36) and 11 U.S.C. Section 506(a). Debtor shall provide copies of yearly income tax returns to the
Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax
refunds increase, Debtor shall increase payment to unsecured creditors over and above provided for in
confirmed plan up to one hundred percent (100%) of allowed unsecured claims.

The Debtor has filed a Verified Motion for Referral to LMM with   Bank of America, NA, ("Lender"), loan number
X0770 for real property located at 20828 Sugarloaf, Boca Raton, Florida 33428. The parties shall timely
comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules
regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage
modification/permanent payment is established by the parties, the debtor has included a post-petition plan
payment, absent Court order to the contrary, of no less than 31% of the debtor's gross monthly income as a
good faith adequate protection payment to the Lender. All Payment shall be considered timely upon receipt by
the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the
Lender's Proof of Claim on the real property described above shall be held in abeyance to the regular payment
and mortgage arrearage stated in the Proof o Claim only. The debtor shall assert any and all other objections
to the Proof of Claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower of other third party (if applicable) and the Lender agree to a settlement as
a result of pending LMM, the debtor will file a Motion to Approve Loss Mitigation Agreement with lender no later
than 14 calendar days following the settlement. Once the settlement is approved by the Court, the debtor shall
immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim
to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later
than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to
amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then
timely comply with any and all requirements necessary to complete the settlement. In the event the debtor
receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose
the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's
Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if
the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or
modified plan provides that the real property is to be surrendered, then all obligations to the lender will be
considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the
real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the
automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address
payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                                    Joint Debtor


Date:  8-15-2014                          Date: _____

LF-31 (rev. 01/08/10)